Attachment 2 - EEOC Complaint Form

FILED
21 DEC -7 PM 4: 24
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Austin          DIVISION

BRIAN COLLISTER

(Name of plaintiff or plaintiffs)

v.

TEGNA INC, WFAA TV,
CAROLYN MUNGO AND ELLEN CROOKE

(Name of defendant or defendants)

Civil Action Number: 1:21CV1112 LY

(Supplied by Clerk's Office)

## COMPLAINT

1. This action is brought by Brian Collister, Plaintiff, pursuant to the following selected jurisdiction:

    **(Please select the applicable jurisdiction)**

[ x ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.) Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[   ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[   ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[   ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[   ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant Brian Collister (Defendant's name) lives at, or its business is located at 295 Desert Willow Way (street address), Austin (city), TX (state), 78737 (zip).

28

Rev. Ed. October 26, 2017

3a.     Plaintiff sought employment from the defendant or was employed by the defendant at <u>TEGNA INC /WFAA TV</u> <u>606 Young St</u> (street address), (city), <u>Dallas</u> (state), <u>TX</u> <u>75202</u> (zip).

3b.     At all relevant times of claim of discrimination, Defendant employed <u>in excess of 100</u> (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4.     Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about <u>February</u> (month) <u>13</u> (day) <u>2020</u> (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: <u>2/13/2020 TO DATE (CONTINUING ACTION)</u>

5.     Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about <u>March</u> (month) <u>25th</u> (day) <u>2021</u> (year). (Not applicable to federal civil service employees).

6a.     The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) <u>September</u> <u>8th</u> (day) <u>2021</u> (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**     PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.

6b.     Please indicate below if the E.E.O.C issued a **Determination** in your case:

      [   ] Yes
      [ x ] No

**VERY IMPORTANT NOTE:**     IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT

7.     Because of plaintiff's:

      **(Please select the applicable allegation(s))**

      [   ]    Race (If applicable, state race) _____

      [   ]    Color (If applicable, state color) _____

**29**

Rev. Ed. October 26, 2017

[ ] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)
[ ] Religion (If applicable, state religion) _____

[ ] National Origin (If applicable, state national origin) _____

[ X ] Age (If applicable, state date of birth) 5/27/66 _____

[ ] Disability (If applicable, state disability) _____

[ X ] Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) Refusal to hire because of EEOC complaint

The defendant: **(please select all that apply)**

[ X ] failed to employ plaintiff.

[ ] terminated plaintiff's employment.

[ ] failed to promote plaintiff.

[ ] harassed plaintiff.

[ ] other (specify) _____

8a. State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:**   **INCLUDE SPECIFIC DATES, SPECIFIC EVENTS, AND ANY SPECIFIC COMMENTS MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.**

I applied for the position of "TEGNA Texas Investigative / Deep Dive Multi-skilled Journalist" and was informed on 2/13/2020 they hired for the position. I was never contacted or interviewed. Younger and less experienced hired.

8b. List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

Joe Ellis, Mark Smith, Jeremy Rogalski and James Keith

8c. List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:

Plaintiff's job application and resume, resume of hired with less experience, email to hiring authority stating will work for whatever amount is budgeted and I meet stated qualifications for position.

**30**

**Rev. Ed. October 26, 2017**

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

[ X ] still being committed by defendant.
[   ] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission.  This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ X ] Defendant be directed to employ plaintiff.

[   ] Defendant be directed to re-employ plaintiff.

[   ] Defendant be directed to promote plaintiff.

[ X ] Defendant be directed to __pay damages__
and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

11/23/2021
Date

*Brian Collister*
Signature of Plaintiff

295 Desert Willow Way
Address of Plaintiff

| Austin | TX | 78737 |
|--------|------|----------|
| City | State | Zip Code |

Telephone Number(s)  512-808-8217

Attachment 11 - Certificate of Service

# CERTIFICATE OF SERVICE

I, __BRIAN COLLISTER__, Plaintiff pro se, do here by certify that on the __23rd__ Day of __November__, 20__21__, a true and correct copy of the foregoing pleading was forwarded to ____, the attorney for (Defendant) by __EMAIL__ (State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail) at the following address: ____ (give address of Attorney for the Defendant) ____. Delivery to tfair@tegna.com

Brian Collister

295 Desert Willow Way
Austin TX 78737

briancollister@yahoo.com

Dated: 11/23/21

*Brian Collister*
Signature of Plaintiff

Rev. Ed. October 26, 2017

51